```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT BLUEFIELD
```

CURD MINERALS, LLC,
A Virginia limited
liability company,

    Plaintiff,

v.                          CIVIL ACTION NO. 1:22-00113

DIVERSIFIED PRODUCTION, LLC,
A Pennsylvania limited liability
company,

    Defendant.

### ORDER

      A bench trial on any and all equitable claims is currently scheduled for August 1, 2023, at 9:30 a.m., in Bluefield, and a final settlement conference is scheduled for July 31, 2023, at 11:00 a.m., in Bluefield.  By Order entered May 18, 2023, the court directed the parties "to confer regarding the reopening of discovery and inform the court how much additional time is needed.  Once the court has that date, it can reschedule this matter for trial."  ECF No. 64.  The parties have engaged in additional discovery, see ECF Nos. 67-70, and it is not clear if even more discovery is required.  Furthermore, the parties have not informed the court if they wish to file additional dispositive motions based upon the new discovery.  Accordingly, it is clear that the trial cannot go forward as presently scheduled.  Therefore, the final settlement conference and jury trial scheduled for July 31, 2023, and August 1, 2023,

respectively, are **CANCELLED** until further order of the court. The court will set a new trial date once the parties inform the court that discovery is complete and/or the case is ready for trial.

    The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record and unrepresented parties.

    **IT IS SO ORDERED** this 14th day of July, 2023.

                                        ENTER:

                                        David A. Faber
                                        Senior United States District Judge